# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

———————————————————————————  )
                                                                            )
MARYJO MILLER, individually and on                     )
behalf of her minor daughter, MARISSA                  )
MILLER; JAMI DAY, individually and on                  )  Civil Action No. \_\_\_\_\_
behalf of her minor daughter, GRACE                     )
KELLY; JANE DOE, individually and                        )
on behalf of her minor daughter, NANCY               )
DOE,                                                                      )
                                                                            )
            *Plaintiffs*,                                                  )
                                                                            )
      v.                                                                   )
                                                                            )
GEORGE SKUMANICK, JR., in his official             )
capacity as District Attorney of Wyoming            )
County, Pennsylvania,                                          )
                                                                            )
            *Defendant.*                                                )
———————————————————————————  )

## TABLE OF EXHIBITS

1.    February 5, 2009, letter from Wyoming County District Attorney George
      Skumanick to Mary Jo Miller (1 page).

2.    Wyoming County "Course Outline" for minors accepting "informal
      disposition" (7 pages).

3.    March 13, 2009, letter from ACLU of Pennsylvania Legal Director Witold
      Walczak to George P. Skumanick, Jr. (2 pages).

4.    February 23, 2009, letter from Juvenile Court Services to Mary Jo Miller (1
      page).