FROM : D0WNTOWN_DELI　　　　FAX NO. : 836 0274　　　　Feb. 11 2009 05:11PM P1



*Attn: Andrew*
*215-592-1343*

## OFFICE OF THE DISTRICT ATTORNEY
# WYOMING COUNTY

One Courthouse Square, P.O. Box 209
Tunkhannock, Pennsylvania 18657-0209
Telephone (570) 836-4681　　　Fax (570) 836-4781

**George P. Skumanick, Jr.**
*District Attorney*

**Gerald F. Idec, Jr.**
*Assistant District Attorney*

**Anthony Paul Litwin, III**
*Assistant District Attorney*

**David A. Ide**
*Chief County Detective*

February 5, 2009

Mary Jo Miller
18 McCord St.
Tunkhannock, PA 18657

Dear Ms. Miller:

Marissa Jame Miller has been identified in a police investigation involving the possession and/or dissemination of child pornography. In consultation with the Victims Resource Center and the Juvenile Probation Department, we have developed a six to nine month program which focuses on education and counseling. If you son/daughter successfully completes this program no charges will be filed and no record of his/her involvement will be maintained.

We have scheduled a meeting with all of the identified juveniles and their parents to discuss the program in more detail and to answer your questions. Following the meeting you will be asked to participate in the program. Participation in the program is voluntary. Please note, however, charges will be filed against those that do not participate or those that do not successfully complete the program.

The meeting is scheduled for February 12, 2009 at 7:00 p.m. in the Wyoming County Courthouse. If you are unable to attend but still wish to participate please call my office.

Very truly yours,

*George P. Skumanick, Jr.*

George P. Skumanick, Jr., Esquire
Wyoming County District Attorney

GPS/amt

*Miller v. Skumanick*

**EXHIBIT 1**