Miller et al v. Skumanick    Doc. 1 Att. 4



## OFFICE OF THE DISTRICT ATTORNEY
## WYOMING COUNTY

One Courthouse Square, P.O. Box 209
Tunkhannock, Pennsylvania 18657-0209
Telephone (570) 836-4681    Fax (570) 836-4781

**George P. Skumanick, Jr.**
*District Attorney*

**Gerald F. Idec, Jr.**
*Assistant District Attorney*

**Anthony Paul Litwin, III**
*Assistant District Attorney*

**David A. Ide**
*Chief County Detective*

### FACSIMILE COVER PAGE

IN RE: Course Outlines

TO: Vic Wilczak

FAX NUMBER: 412-681-8707    DATE: 2/5/09

NATURE OF MATERIAL: _____

NUMBER OF PAGES (Including Cover Page): 7

MATERIAL MAILED:    YES____    DATE MAILED: _____    NO: ____

NOTES: _____

### FAX CONFIDENTIALITY NOTICE

THE PAGES COMPRISING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION FROM THE OFFICE OF THE WYOMING COUNTY DISTRICT ATTORNEY. THIS INFORMATION IS INTENDED SOLELY FOR USE BY THE INDIVIDUAL ENTITY NAMED AS THE RECIPIENT HEREOF. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO WE MAY ARRANGE TO RETRIEVE THIS TRANSMISSION AT NO COST TO YOU.

*Miller v. Skumanick*

**EXHIBIT 2**

Dockets.Justia.com

# Female Group

*Goals*

To learn about sexual violence and its effects on victims and the community.
Understand behaviors which foster or encourage violence.
Identify ways to prevent violence.
Apply information learned to everyday life.


**Session 1**
**Objectives:**
Learn about the work of the Victims Resource Center.
Gain an understanding of sexual violence, how often it happens and who are the victims.
Gain an understanding of consent.
Gain an understanding of how participants' actions were wrong.

Introduction

Legal implications – District Attorney George Skumanick

Guidelines for group:

>Be on time.
>Attend every session.
>Confidentiality – what is said in group stays in group.
>Respect – Be respectful of others' opinions even if you disagree with them

Presentation: Role of Victims Resource Center

Presentation: What is Sexual Violence?
Handout: PCAR Brochure
Discussion

How often does it happen?
Who are the offenders?

Presentation: Consent – what is it? Who can give it? Laws
Discussion

Homework: Write a report explaining why you are here.
Explain: What you did.
Why it was wrong.
Did you create a victim? If so, who?
How did what you did affect the victim? The school? The community?

### Session 2 – Sexual Violence Spectrum

**Objectives:** Further understand what sexual violence is – its prevalence, victims, perpetrators, impact and costs.
To recognize the spectrum of actions which make up sexual violence.
To recognize that sexual violence is about power and control.

Read homework from session 1.

Exercise: The Sexual Violence Spectrum
Discussion

Impact of sexual violence on victims.
Video: Listen and Learn – stories of victims.
Discussion

Homework: Bring in one newspaper or magazine article about sexual violence. Be prepared to discuss who was the offender and how the violence affected the victim.

### Session 3 – Sexual Harassment

**Objectives:**
To understand the definition of sexual harassment
Ro recognize the effect of sexually harassing behaviors on victims.
To distinguish between sexual harassment and flirting behaviors.
To identify ways to create a sexual harassment-free environment.

Presentation:  What is sexual harassment?
               Who are the victims?
               Types of sexual harassment.
               Sexual harassment and the cyber world.

Video: No Excuses
Discussion
Role Play: Creating an environment safe from sexual harassment. What can you do?

Homework: Describe one incident of sexual harassment you observed in your school.

### Session 4 – Gender identity – Gender strengths.

**Objectives:**
To gain an understanding of what it means to be a girl in today's society, both advantages and disadvantages.
Identify women in history who have had an influence in the advancement of women's rights.
Identify non-traditional societal and job roles.
Learn how girls/women can overcome societal barriers and achieve all their goals.

Report on homework.
Discussion

Exercise: Famous Women
Discussion

Exercise: I like being a girl because.....
Discussion

Video: Killing Us Softly – Messages from advertisers.
Discussion

Homework: Bring in one newspaper or magazine ad that "uses" a woman to sell a product.

### Session 5 – Self Concept

**Objectives:**
Learn to identify areas of personal strength
Identify how others build their strengths.
Identify how participants would like to be valued in their world.

Exercise: Gender Advantages and Disadvantages.
Discussion

Exercise: Read *Phenomenal Women* by Maya Angelou
Discussion

Exercise: Who influences you?
Discussion

# Male Group

*Goals*

To learn about sexual violence and its effects on victims and the community.
Understand behaviors which foster or encourage violence against women.
Identify ways to prevent violence against women.
Apply information learned to everyday life.


**Session 1**
**Objectives:**
Learn about the work of the Victims Resource Center.
Gain an understanding of sexual violence, how often it happens and who are the victims.
Gain an understanding of consent.
Gain an understanding of how participants' actions were wrong.

Introduction

Legal implications – District Attorney George Skumanick

Guidelines for group:

    Be on time.
    Attend every session.
    Confidentiality – what is said in group stays in group.
    Respect – Be respectful of others' opinions even if you disagree with them

Presentation: Role of Victims Resource Center

Presentation: What is Sexual Violence?
Handout: PCAR Brochure
Discussion

How often does it happen?
Who are the offenders?

Presentation: Consent – what is it? Who can give it? Laws
Discussion

Homework: Write a report explaining why you are here.
Explain: What you did.
Why it was wrong.
Did you create a victim? If so, who?
How did what you did affect the victim? The school? The community?

Session 2 – Sexual Violence Spectrum

**Objectives:** Further understand what sexual violence is – its prevalence, victims, perpetrators, impact and costs.
To recognize the spectrum of actions which make up sexual violence.
To recognize that sexual violence is about power and control.

Read homework from session 1.

Exercise: The Sexual Violence Spectrum
Discussion

Impact of sexual violence on victims.
Video: Listen and Learn – stories of victims.
Discussion

Homework: Bring in one newspaper or magazine article about sexual violence. Be prepared to discuss who was the offender and how the violence affected the victim.

Session 3 – Sexual Harassment

**Objectives:**
To understand the definition of sexual harassment
Ro recognize the effect of sexually harassing behaviors on victims.
To distinguish between sexual harassment and flirting behaviors.
To identify ways to create a sexual harassment-free environment.

Presentation: What is sexual harassment?
            Who are the victims?
             Types of sexual harassment.
             Sexual harassment and the cyber world.

Video: No Excuses
Discussion
Role Play: Creating an environment safe from sexual harassment. What can you do?

Homework: Describe one incident of sexual harassment you observed in your school.

**Session 4 – The relationship between ideas about masculinity and violence.**

**Objectives:**
To examine the messages that boys and men receive from society about the concept of masculinity.
To become more cognizant of thoughts, ideas and reactions to media images.

Report on homework.
Discussion

Exercise: "Act like a man" box.
Discussion

Video: Tough Guise
An examination of the relationship between images of popular culture and its influence on the concept of masculinity in the United States.
Discussion

Homework: Bring in one newspaper or magazine ad and discuss how it influences our perception of what is a "real man."

**Session 5 – What can boys and men do to stop violence against women.**

**Objectives:**

To understand the role of men and boys in the effort to stop sexual violence.
Learn practical steps men and boys can take every day to stop sexual violence.

Discussion: Why is stopping sexual violence a men's issue?

Intervention techniques.

Scenarios/discussion

Handout: Ten Things Men Can Do to Prevent Violence Against Women.