HON. BRENDAN J. VANSTON  
PRESIDENT JUDGE

**44th JUDICIAL DISTRICT**  
**JUVENILE COURT SERVICES**  
WYOMING COUNTY COURT OF COMMON PLEAS  
#1 Courthouse Square  
TUNKHANNOCK, PA 18657-1216  
Telephone: (570) 996-2242  
Fax: (570) 836-3222

JOHN YARNELL  
CHIEF PROBATION OFFICER

JOSEPH A. FRANCIS  
SENIOR PROBATION OFFICER

*ATTN: VIC*

February 23, 2009

Mary Jo Miller  
18 McCord Street  
Tunkhannock, PA 18657

Re: Marissa Miller

Dear Ms. Miller,

This is to inform you that you are scheduled for an appointment Saturday, February 28, 2009 at 8:30 a.m. at the Wyoming County Courthouse. This meeting is to finalize the paperwork for the informal adjustment. The above named juvenile and one parent must attend the meeting.

Thank you for your attention to this matter.

Sincerely,

*Tammy Goodwin*

Tammy Goodwin  
Assistant Administrator

TMG/tmg

Cc: file

*FAX 4/2 681 8707*