IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY JO MILLER, | : | 3:09cv540 |
| JAMI DAY, | : | |
| JANE DOE, | : | (Judge Munley) |
|    Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| GEORGE SKUMANICK, JR., | : | |
|    Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## SCHEDULING ORDER

The above civil case is listed for **a hearing re plaintiff's motion for TRO** on

**Thursday, March 26, 2009 at 1:30,** in the courtroom of Judge James M. Munley, in the William J. Nealon Federal Building, Corner North Washington Avenue and Linden Street, Scranton, Pennsylvania.

**Strict compliance with our Local Rules, including Rules 16.2 (Participants) and 16.3 (Conference of Attorneys), as well as this court's Standing Order #1 concerning conferences, is required. Copies of the Local Rules are available at the Clerk's Office. Failure to comply with the Local Rules may result in the imposition of sanctions.**

 

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**

Dated: 3/25/09