# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYJO MILLER, individually and on behalf of her minor daughter, MARISSA MILLER; JAMI DAY, individually and on behalf of her minor daughter, GRACE KELLY; JANE DOE, individually and on behalf of her minor daughter, NANCY DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGE SKUMANICK, JR., in his official capacity as District Attorney of Wyoming County, Pennsylvania,<br><br>*Defendant*. | Civil Action No. 09-540<br>(Judge Munley) |

## ORDER

**AND NOW**, this 30th day of March 2009, having considered Plaintiffs Jane and Nancy Doe's <u>Motion for Leave to File Original Complaint and Proceed under Pseudonyms and for Protective Order</u>, and for good cause shown, it is hereby **ORDERED** that said Motion is **GRANTED. IT IS FURTHER ORDERED** that:

(1) Plaintiffs Jane and Nancy Doe are allowed to file their original complaint and proceed under pseudonyms and the docket shall continue to reflect their names as

Jane and Nancy Doe.

(2)     Plaintiffs Jane and Nancy Doe will be referred to as Jane and Nancy Doe in all pleadings and other documents related to this litigation, and they shall be allowed to endorse documents related to this litigation using the pseudonyms Jane and Nancy Doe.

(3)     The identities of Jane and Nancy Doe and their address shall be available to the defendant and his attorneys of record, who shall not disclose or permit disclosure thereof, except as to other lawyers and persons working for the defendant on this litigation.

(4)     Each person to whom the identities of Jane and Nancy Doe are to be disclosed pursuant to this Order shall agree in advance:

(a)     That he or she will not disclose the identities of Jane and Nancy Doe to any person not entitled to know their identities under this Order; and

(b)     That he or she will not use the identities of Jane and Nancy Doe except in connection with the defense of the claims herein.

(5)     In the event defendant believes it is necessary in the defense of the claims herein for him to disclose the identities of Jane and Nancy Doe to persons other than those specified in this Order, defendant shall communicate with plaintiffs' counsel and if agreement cannot be reached in writing, the matter shall be determined by the Court.

(6)     Attendance at any part of any deposition of which the identities of Jane

and Nancy Doe are disclosed shall be limited to those to whom disclosure of such information can be made pursuant to this Order, and only after they have complied with the terms of this Order.

(7) In all proceedings held before this Court, including trial, all counsel, witnesses and court personnel present shall refer to Plaintiffs Jane and Nancy Doe by their pseudonyms Jane and Nancy Doe.

(8) Any and all documents to be filed with the court that contain the true identities of Jane and Nancy Doe, or that would otherwise lead to the discovery by reasonable means of Jane and Nancy Doe's identities, shall be filed under seal. Documents filed under seal shall be reviewed expeditiously by the court, *in camera*, for a determination as to whether they should indeed, consistent with the terms of this Order, remain under seal.

(9) The terms of this Order shall remain in effect until further Order of this Court.

U.S. District Judge