# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYJO MILLER, et al., | ) |
| *Plaintiffs*, | ) Civil Action No. 3:09cv540 |
| v. | ) (Judge Munley) |
| GEORGE SKUMANICK, JR., | ) |
| *Defendant.* | ) |

## ORDER

On this 26th day of May, 2009, following a telephonic status conference this morning during which the parties consented to the entry of this Order, it is hereby ORDERED that:

1) The hearing scheduled for June 2, 2009, is hereby cancelled;

2) This Court's March 30, 2009, Order (Docket No. 16) enjoining Defendant Skumanick from initiating criminal charges against the three plaintiff minors for the two photographs at issue in this case will continue in full force and effect until further order of court; and

3) Plaintiffs' Exhibit 4, a one-page document containing the two images at issue in this case, which was introduced at the March 26, 2009,

hearing but not moved into evidence, is hereby admitted into and made part of the official court record to be transmitted to the United States Court of Appeals for the Third Circuit.

IT IS SO ORDERED. 5/27/09

_____
James M. Munley, U.S.D.J